## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BANK OF AMERICA, N.A.,**

      **Plaintiff,**

    **VS.**

**ANGELA ROYAL, NELSON ROYAL,**
**SECRETARY OF HOUSING AND**
**URBAN DEVELOPMENT, et al,**

      **Defendants.**               **NO. 12-CV-888-DRH**

## O R D E R

**HERNDON, Chief Judge**

      Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge J. Phil Gilbert.  All further documents filed in this matter shall bear case number **12-CV-888-JPG.**

      **IT IS SO ORDERED.**

**DATED:** August 10, 2012

Digitally signed by David R. Herndon
Date: 2012.08.10 09:08:04 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT